The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN JONES and KAREN JONES, individually and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>Defendant. | NO. 2:17-cv-1058 RSL<br><br>STIPULATED MOTION TO EXTEND TRIAL DATE AND RELATED DEADLINES |

## I. STIPULATED MOTION

Plaintiff Stephen Jones and Karen Jones and Defendant State Farm Fire and Casualty Company ("State Farm"), jointly move the Court for an order setting new Initial Scheduling Dates.

On August 1, 2017, defendant filed a motion for summary judgment, noting it for consideration on August 25, 2017. The court has not yet issued a decision on the motion for summary judgment. The parties have delayed discovery, pending decision on this motion.

STIPULATED MOTION TO EXTEND - 1
2:17-cv-1058 RSL

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

1   The original Order Setting Trial Date and Related Dates set the trial date for May 7, 2018.
2   Based on a stipulation of the parties, the court issued an Amended Order Setting Trial Date and
3   Related Dates on November 7, 2017, which sets the trial date for September 5, 2018. The parties
4   request that the court grant another continuance pending decision on the motion for summary
5   judgment moving the trial date out another three months and issue a new case schedule extending the
6   deadlines in that order.

DATED: March 20, 2018.

| REED MCCLURE | ASHBAUGH BEAL LLP |
|---|---|
| By: *s/ Michael S. Rogers*<br>   *by email authorization*<br>Michael S. Rogers, WSBA #16423<br>mrogers@rmlaw.com<br>1215 Fourth Ave., Suite 1700<br>Seattle, WA 98161-1087<br>(206) 292-4900<br>*Attorneys for Defendant* | By: *s/ Tristan N. Swanson*<br><br>Tristan N. Swanson, WSBA #41934<br>tswanson@ashbaughbeal.com<br>701 5th Avenue, Suite 4400<br>Seattle, WA 98104<br>(206) 386-5900<br>*Attorneys for Plaintiff* |

STIPULATED MOTION TO EXTEND - 2
2:17-cv-1058 RSL

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

## I. ORDER

PURSUANT TO THE ABOVE STIPULATION, THE COURT DOES HEREBY ORDER THAT the trial date is moved out three months and will issue a new case schedule extending the deadlines.

DATED THIS 20th day of March, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

ASHBAUGH BEAL LLP

By: *s/ Tristan N. Swanson*
Tristan N. Swanson, WSBA #41934
tswanson@ashbaughbeal.com
701 5th Avenue, Suite 4400
Seattle, WA 98104
(206) 386-5900
*Attorneys for Plaintiff*

REED MCCLURE

By: *s/ Michael S. Rogers*
    *by email authorization*
Michael S. Rogers, WSBA #16423
mrogers@rmlaw.com
1215 Fourth Ave., Suite 1700
Seattle, WA 98161-1087
(206) 292-4900
*Attorneys for Defendant*

STIPULATED MOTION TO EXTEND - 3
2:17-cv-1058 RSL

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400