The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN JONES and KAREN JONES, individually and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>Defendant. | NO. 2:17-cv-1058 RSL<br><br>STIPULATED MOTION TO EXTEND TRIAL DATE AND RELATED DEADLINES |

## I. **STIPULATED MOTION**

Plaintiffs Stephen Jones and Karen Jones (the "Jones") and Defendant State Farm Fire and Casualty Company ("State Farm"), jointly move the Court for an order setting new Initial Scheduling Dates.

On August 1, 2017, State Farm filed a motion for summary judgment, noting it for consideration on August 25, 2017. The Jones filed their opposition to the motion for summary

STIPULATED MOTION TO EXTEND - 1
2:17-cv-1058 RSL

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

judgment on August 21, 2017. State Farm filed its reply on August 25, 2017. The Court has not yet ruled on the parties' summary judgment briefing.

Because the parties request dispositive relief in their summary judgment briefing any litigation activities taken ahead of the Court's ruling are potentially unnecessary. Thus, while awaiting the Court's ruling, the parties have attempted to avoid litigating in order to conserve resources/avoid the potentially unnecessary expenditure of resources. In furtherance of these objectives, the parties request a five-month continuance while the Court continues to consider its decision. To the extent possible, the parties also respectfully request the Court advise the parties when the Court expects to issue a ruling on the pending summary judgment briefing.

A trial schedule reflecting a five-month continuance (and which resets the interim scheduling dates consistent with a three month continuance) is set forth below:

| Case Event | Current Deadline | New Deadline |
| --- | --- | --- |
| **TRIAL DATE** | **December 3, 2018** | **May 6, 2019** |
| Deadline for joining additional parties | April 17, 2018 | September 17, 2018 |
| Deadline for amending pleadings | June 6, 2018 | November 6, 2018 |
| Reports from expert witnesses under FRCP 26(a)(2) | June 6, 2018 | November 6, 2018 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | August 5, 2018 | January 7, 2019 |
| Discovery completed by | August 5, 2018 | January 7, 2019 |
| Settlement conference to be held no later than | August 19, 2018 | January 22, 2019 |
| All dispositive motions must be filed and noted on the motion calendar no earlier than the <u>fourth</u> Friday thereafter (See LCR 7(d)(3)) | September 4, 2018 | February 4, 2019 |

STIPULATED MOTION TO EXTEND - 2
2:17-cv-1058 RSL

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted | November 5, 2018 | April 5, 2019 |
| Agreed pretrial order due | November 21, 2018 | April 22, 2019 |
| Pretrial conference to be scheduled by court | | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | November 28, 2018 | April 29, 2019 |
| Length of Trial: 4 DAYS | | Jury |

DATED: June 12, 2018.

REED MCCLURE                           ASHBAUGH BEAL LLP


By: *s/ Michael S. Rogers*              By: *s/ Tristan N. Swanson*
    *by email authorization*
Michael S. Rogers, WSBA #16423          Tristan N. Swanson, WSBA #41934
mrogers@rmlaw.com                       tswanson@ashbaughbeal.com
1215 Fourth Ave., Suite 1700            701 5th Avenue, Suite 4400
Seattle, WA 98161-1087                  Seattle, WA 98104
(206) 292-4900                          (206) 386-5900
*Attorneys for Defendant*               *Attorneys for Plaintiff*

STIPULATED MOTION TO EXTEND - 3
2:17-cv-1058 RSL

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

# I. ORDER

PURSUANT TO THE ABOVE STIPULATION, THE COURT DOES HEREBY ORDER THAT the trial date is moved out three months and the new case schedule is set forth below.

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| **TRIAL DATE** | **December 3, 2018** | **May 6, 2019** |
| Deadline for joining additional parties | April 17, 2018 | September 17, 2018 |
| Deadline for amending pleadings | June 6, 2018 | November 6, 2018 |
| Reports from expert witnesses under FRCP 26(a)(2) | June 6, 2018 | November 6, 2018 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | August 5, 2018 | January 7, 2019 |
| Discovery completed by | August 5, 2018 | January 7, 2019 |
| Settlement conference to be held no later than | August 19, 2018 | January 22, 2019 |
| All dispositive motions must be filed and noted on the motion calendar no earlier than the <u>fourth</u> Friday thereafter (See LCR 7(d)(3)) | September 4, 2018 | February 4, 2019 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the <u>second</u> Friday thereafter. Replies will be accepted | November 5, 2018 | April 5, 2019 |
| Agreed pretrial order due | November 21, 2018 | April 22, 2019 |
| Pretrial conference to be scheduled by court | | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | November 28, 2018 | April 29, 2019 |
| Length of Trial: 4 DAYS | | Jury |

STIPULATED MOTION TO EXTEND - 4
2:17-cv-1058 RSL

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

DATED THIS 12th day of June, 2018

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

ASHBAUGH BEAL LLP

By: *s/ Tristan N. Swanson*
Tristan N. Swanson, WSBA #41934
tswanson@ashbaughbeal.com
701 5th Avenue, Suite 4400
Seattle, WA 98104
(206) 386-5900
*Attorneys for Plaintiff*

REED MCCLURE

By: *s/ Michael S. Rogers*
    by email authorization
Michael S. Rogers, WSBA #16423
mrogers@rmlaw.com
1215 Fourth Ave., Suite 1700
Seattle, WA 98161-1087
(206) 292-4900
*Attorneys for Defendant*

STIPULATED MOTION TO EXTEND - 5
2:17-cv-1058 RSL

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400