HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEPHEN JONES and KAREN JONES, individually and as a marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>Defendant. | NO. 2:17-cv-01058-RSL<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 8, 2018 |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that this lawsuit shall be dismissed with prejudice without fees or costs awarded to either party.

DATED this 8th day of November, 2018.

By *s/ Michael Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
Attorneys for Defendant State Farm
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax
mrogers@rmlaw.com

STIPULATED MOTION FOR DISMISSAL – 1
[Case No. 2:17-cv-01058-RSL]

067826.000034 910545.docx

**REED McCLURE**
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

**ASHBAUGH BEAL**

By: *s/Tristan N. Swanson*
Tristan N. Swanson, WSBA 41934
701 5th Avenue, Suite 4400
Seattle WA 98104
206.386.5900 – Phone
206.344.7400 – Fax
Attorneys for Plaintiffs
tswanson@ashbaughbeal.com

IT IS SO ORDERED.

DONE this 13th day of Nov., 2018.

*[signature]*

JUDGE ROBERT S. LASNIK

STIPULATED MOTION FOR DISMISSAL – 2
[Case No. 2:17-cv-01058-RSL]

067826.000034 910545.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152